**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00207-CMA-MEH

HAROLD B. COOPER, JR,

    Plaintiff,

v.

LLOYD M. POWELL,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with the Stipulation for Dismissal With Prejudice (Doc. # 34), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay their own attorney fees and costs.

    DATED August 17, 2015

                                          BY THE COURT:

                                          */s/ Christine M. Arguello*
                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge